UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MCPEAK, ET AL.**, | : | Case No.   19-cv-03719-JMY |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| **DIRECT OUTDOOR** | : | |
| **PRODUCTS, LLC**, **and** | : | |
| **SPORTSMAN'S GUIDE, LLC** | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 20th day of September, 2022, upon consideration of Defendants' Motion for  Summary Judgment (ECF No. 49), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows for the reasons set forth in this Court's accompanying Memorandum:

1. Defendants' Motion is **GRANTED** as to Plaintiffs' strict liability manufacturing defect and negligent manufacturing defect claims.

2. Defendants' Motion is **GRANTED** as to Plaintiffs' Pennsylvania Unfair Trade Practices and Consumer Protection Law, ("UTPCPL") 73 § 201-1, *et seq.*

3. Defendants' Motion is **DENIED** as to Plaintiffs' claims for strict liability design defect, negligent design defect, strict liability failure to warn, negligent failure to warn, breach of implied warranty of fitness, breach of implied warranty of merchantability, and loss of consortium.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**

1